**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ISHMAN, KENNETH | § Case No. 12-84572-MB |
| HANLON, SANDRA | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 06, 2012. The undersigned trustee was appointed on December 06, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          131,497.25

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 39,722.39 |
   | Bank service fees | 877.87 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 90,896.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/15/2013 and the deadline for filing governmental claims was 10/15/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,823.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,823.32, for a total compensation of $9,823.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $44.16, for total expenses of $44.16.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2015   By: /s/BERNARD J. NATALE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-84572-MB  
**Case Name:** ISHMAN, KENNETH  
HANLON, SANDRA  
**Period Ending:** 03/04/15

**Trustee:**    (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/06/12 (f)  
**§341(a) Meeting Date:** 01/10/13  
**Claims Bar Date:** 10/15/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1933 W 17th #A Eugene, | 30,000.00 | 0.00 | | 68,270.00 | FA |
| 2 | 1933 W 17th #B Eugene, | 30,000.00 | 30,000.00 | | 60,575.00 | FA |
| 3 | cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | checking accounts Home State Bank, Associated Ba | 583.00 | 0.00 | | 0.00 | FA |
| 5 | chairs, tables, TV, beds, dressers audio, video, | 500.00 | 0.00 | | 0.00 | FA |
| 6 | books, pictures stamp, coin, record, tape, disc, | 200.00 | 0.00 | | 0.00 | FA |
| 7 | jeans, pants, socks, shoes, jeans, blouses, skir | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Toyota Tundra 110,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 pop up Viking camper | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Distribution from Rent  (u) | Unknown | N/A | | 2,021.35 | FA |
| 11 | Turnover of Funds (rents)  (u)  Order entered on 02/18/15 Approving Abandoned of Remaining Balance. | Unknown | N/A | OA | 600.00 | FA |
| 12 | Refund on Insurance  (u) | 0.00 | Unknown | | 30.90 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$64,133.00** | **$30,000.00** | | **$131,497.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO SELL 2 CONDOS IN EUGENE, OR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    July 1, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84572-MB  
**Case Name:** ISHMAN, KENNETH  
　　　　　　　HANLON, SANDRA  
**Taxpayer ID #:** **-***0727  
**Period Ending:** 03/04/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/13 | {10} | Principle Property Management | November Distribution from Rents | 1222-000 | 145.00 | | 145.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 135.00 |
| 12/16/13 | {10} | Principle Property Management | Proceeds after Expenses from Dec 2013 | 1222-000 | 31.35 | | 166.35 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 156.35 |
| 01/13/14 | {10} | Principle Property Management | Pymt of January 2014 Share of Rent | 1222-000 | 135.00 | | 291.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 281.35 |
| 02/24/14 | {10} | Principle Property Management | Feb Rent Proceeds | 1222-000 | 145.00 | | 426.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 416.35 |
| 03/17/14 | {10} | Principle Property Management | Rent Proceeds for March 2014 | 1222-000 | 145.00 | | 561.35 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 551.35 |
| 04/15/14 | {10} | Principle Property Management | Distribution from Rents for April 2014 | 1222-000 | 145.00 | | 696.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 686.35 |
| 05/13/14 | {10} | Principle Property Management | Proceeds from May 2014 Rents | 1222-000 | 145.00 | | 831.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 821.35 |
| 06/16/14 | {10} | Principle Property Management | Proceeds from Rent for June 2014 | 1222-000 | 145.00 | | 966.35 |
| 06/30/14 | 101 | INTERNATIONAL SURETIES, LTD | Ref # BOND #016061437 | 2300-000 | | 240.00 | 726.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 716.35 |
| 07/15/14 | {10} | Principle Property Management | July Rent Disbursements | 1222-000 | 145.00 | | 861.35 |
| 07/15/14 | 102 | Safeco Insurance | Ref # 7122-6064199 | 2420-750 | | 170.00 | 691.35 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 681.35 |
| 08/14/14 | {11} | Kenneth Ishman | Pymt on Turnover Order for Previously Collected Rents | 1222-000 | 100.00 | | 781.35 |
| 08/18/14 | {10} | Principle Property Management | Pymt of Aug Rent Proceeds | 1222-000 | 145.00 | | 926.35 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 916.35 |
| 09/15/14 | {11} | Kenneth Ishman | Pymt on Turnover Order | 1222-000 | 100.00 | | 1,016.35 |
| 09/17/14 | {10} | Principle Property Management | Pymt of Sept Rents | 1222-000 | 145.00 | | 1,161.35 |
| 09/17/14 | {12} | Safeco Insurance | Refund on Insurance | 1290-002 | 30.90 | | 1,192.25 |
| 09/18/14 | | First American Title Company of Oregon | RE: 1933 W 17th Avenue, Apartment A, Eugene, OR  97402 | | 52,777.64 | | 53,969.89 |
| | {1} | First American Title Company of Oregon | Pymt for Sale of Unit A       68,270.00 | 1110-000 | | | 53,969.89 |
| | | | Security Deposit       -495.00 | 2500-000 | | | 53,969.89 |
| | | | Property Taxes       -6,157.03 | 2820-000 | | | 53,969.89 |
| | | | Pro-Rated Rents       -240.33 | 2500-000 | | | 53,969.89 |
| | | | Comm Paid to Windermere Real Estate       -1,240.00 | 3510-000 | | | 53,969.89 |
| | | | Comm Paid to Stuart       -4,898.00 | 3610-000 | | | 53,969.89 |

Subtotals :　　　　$54,479.89　　　$510.00

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/04/2015 02:37 PM    V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-84572-MB  
**Case Name:** ISHMAN, KENNETH  
HANLON, SANDRA  
**Taxpayer ID #:** **-***0727  
**Period Ending:** 03/04/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Realty Group | | | | | |
| | | | Service Fees | -762.00 | 2500-000 | | | 53,969.89 |
| | | | Pro-Rated HOA Fees | -300.00 | 2500-000 | | | 53,969.89 |
| | | | Advertising Fees of Auctioneer | -1,400.00 | 3620-000 | | | 53,969.89 |
| 09/18/14 | | First American Title Company of Oregon | RE: 1933 W 17th Avenue, Apartment B, Eugene, OR 97402 | | | 46,537.97 | | 100,507.86 |
| | {2} | First American Title Company of Oregon | Pymt for Sale of Unit B | 60,575.00 | 1110-000 | | | 100,507.86 |
| | | | County & Property Taxes | -6,154.03 | 2820-000 | | | 100,507.86 |
| | | | Comm Paid to Stuart Realty Group | -5,445.00 | 3610-000 | | | 100,507.86 |
| | | | Service Fees | -738.00 | 2500-000 | | | 100,507.86 |
| | | | Pro-Rated HOA Fees | -300.00 | 2500-000 | | | 100,507.86 |
| | | | Pymt for Expense for Auctioneer | -1,400.00 | 3620-000 | | | 100,507.86 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 53.95 | 100,453.91 |
| 10/14/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | | 1222-000 | 100.00 | | 100,553.91 |
| 10/20/14 | {10} | Principle Property Management | Proceeds from Rental Properties | | 1222-000 | 300.00 | | 100,853.91 |
| 10/23/14 | {10} | Principle Property Management | Proceeds being held by Management Company | | 1222-000 | 250.00 | | 101,103.91 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 149.60 | 100,954.31 |
| 11/18/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | | 1222-000 | 100.00 | | 101,054.31 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 130.72 | 100,923.59 |
| 12/15/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | | 1222-000 | 100.00 | | 101,023.59 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 164.59 | 100,859.00 |
| 01/14/15 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | | 1222-000 | 100.00 | | 100,959.00 |
| 01/28/15 | 103 | Department of Treasury | Ref # 30-6400727  2014 Taxes | | 2810-000 | | 1,668.00 | 99,291.00 |
| 01/28/15 | 104 | Oregon Department of Revenue | Ref # 30-6400727 | | 2820-000 | | 6,050.00 | 93,241.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 145.13 | 93,095.87 |
| 02/10/15 | 105 | WIPFLI LLP | Ref # INV 858479 | | 3410-000 | | 2,065.00 | 91,030.87 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 133.88 | 90,896.99 |
| | | | **ACCOUNT TOTALS** | | | 101,967.86 | 11,070.87 | **$90,896.99** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 101,967.86 | 11,070.87 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$101,967.86** | **$11,070.87** | |

{} Asset reference(s)

Printed: 03/04/2015 02:37 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-84572-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** ISHMAN, KENNETH | **Bank Name:** Rabobank, N.A. |
| HANLON, SANDRA | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***0727 | **Blanket Bond:** $472,000.00  (per case limit) |
| **Period Ending:** 03/04/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | |
|---|---:|
| Net Receipts : | 101,967.86 |
| Plus Gross Adjustments : | 29,529.39 |
| Less Other Noncompensable Items : | 30.90 |
| Net Estate : | $131,466.35 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ********66 | 101,967.86 | 11,070.87 | 90,896.99 |
| | $101,967.86 | $11,070.87 | $90,896.99 |

{} Asset reference(s)

Printed: 03/04/2015 02:37 PM   V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 15, 2013

**Case Number:** 12-84572-MB  
**Debtor Name:** ISHMAN, KENNETH

Page: 1

**Date:** March 4, 2015  
**Time:** 02:37:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| INS 199 | Safeco Insurance<br>P O Box 6486<br>Carol Stream, IL 60197-6486 | Admin Ch. 7 | 7122-6064199 | $170.00 | $170.00 | 0.00 |
| ACCT 199 | WIPFLI LLP<br>P O BOX 3160<br>MILWAUKEE, WI 53201-3160 | Admin Ch. 7 | INV 858479 | $2,065.00 | $2,065.00 | 0.00 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | BJN & MB<br>Attorney Fees of BJN $7,861.25 and Attorney Fees of MB $2,040.00 | $9,906.25 | $0.00 | 9,906.25 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $9,823.32 | $0.00 | 9,823.32 |
| EXPATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | EXP FOR 7/15/13-1/12/15 | $706.21 | $0.00 | 706.21 |
| EXPTRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | Expense for Copies and Postage to Mail Notice of Trustee's Final Report | $44.16 | $0.00 | 44.16 |
| OR2014 199 | Oregon Department of Revenue<br>P O Box 14110<br>Salem, OR 97309-0910 | Admin Ch. 7 | 30-6400727<br>Order entered on 01/28/15 approving the payment of taxes. | $6,050.00 | $6,050.00 | 0.00 |
| FED2014 199 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Admin Ch. 7 | 30-6400727<br>Order entered on 01/28/15 approving payment of taxes. | $1,668.00 | $1,668.00 | 0.00 |
| SURETYBD 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | BOND #016061437 | $240.00 | $240.00 | 0.00 |
| 16 950 | Lane County Tax Collector<br>125 East 8th Ave<br>Eugene, OR 97401-2968 | Secured | 5601/1355601<br>Order entered 9/29/14 denying claim | $0.00 | $0.00 | 0.00 |
| 18 950 | Lane County Tax Collector<br>125 East 8th Ave<br>Eugene, OR 97401-2968 | Secured | 5593/1335593<br>Order entered on 9/29/14 denying claim | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | 2015 | $12,971.53 | $0.00 | 12,971.53 |
| 2 610 | Atlas Acquisitions LLC (General Electric Capit)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | 7848 | $1,645.02 | $0.00 | 1,645.02 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** October 15, 2013

**Case Number:** 12-84572-MB  
**Debtor Name:** ISHMAN, KENNETH  

Page: 2

**Date:** March 4, 2015  
**Time:** 02:37:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | Atlas Acquisitions LLC (General Electric Capit) 294 Union St. Hackensack, NJ 07601 | Unsecured | 0969 | $578.03 | $0.00 | 578.03 |
| 4 610 | Atlas Acquisitions LLC (General Electric Capit) 294 Union St. Hackensack, NJ 07601 | Unsecured | 3989 | $1,456.30 | $0.00 | 1,456.30 |
| 5 610 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) 294 Union St. Hackensack, NJ 07601 | Unsecured | 4849 | $1,044.12 | $0.00 | 1,044.12 |
| 6 610 | Atlas Acquisitions LLC (World Financial Networ) 294 Union St. Hackensack, NJ 07601 | Unsecured | 8614 | $8,324.67 | $0.00 | 8,324.67 |
| 7 610 | Atlas Acquisitions LLC (General Electric Capit) 294 Union St. Hackensack, NJ 07601 | Unsecured | 5142 | $3,712.54 | $0.00 | 3,712.54 |
| 8 610 | Atlas Acquisitions LLC (General Electric Capit) 294 Union St. Hackensack, NJ 07601 | Unsecured | 8100 | $569.84 | $0.00 | 569.84 |
| 9 610 | Atlas Acquisitions LLC (Citibank (South Dakota) 294 Union St. Hackensack, NJ 07601 | Unsecured | 1429 | $7,695.62 | $0.00 | 7,695.62 |
| 10 610 | North Shore Bank 15700 W Bluemound Rd Brookfield, WI 53005 | Unsecured | 1467 | $14,294.12 | $0.00 | 14,294.12 |
| 11 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 5014/0179 | $3,943.62 | $0.00 | 3,943.62 |
| 12 610 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | 5283/CITIBANK | $1,970.74 | $0.00 | 1,970.74 |
| 13 610 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | 0001 Order entered on 9/29/14 denying claim | $0.00 | $0.00 | 0.00 |
| 14 610 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | 0001 | $290.55 | $0.00 | 290.55 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 15, 2013

**Case Number:** 12-84572-MB  
**Debtor Name:** ISHMAN, KENNETH

Page: 3

**Date:** March 4, 2015  
**Time:** 02:37:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 610 | Asset Acceptance LLC<br>GEMB/STEINHAFELS<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | 7740 | $4,025.86 | $0.00 | 4,025.86 |
| 17 610 | Velocity Investments LLC<br>JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183 | Unsecured | 2968/HSBC CARD SERVICES | $3,146.11 | $0.00 | 3,146.11 |
| 19 610 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | 4465 | $10,148.19 | $0.00 | 10,148.19 |
| 20 610 | Cavalry SPV I, LLC<br>P O Box 27288<br>Tempe, AZ 85282 | Unsecured | 3282/BOA/FIA CARD SERV | $18,950.51 | $0.00 | 18,950.51 |
| 21 610 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387,2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | 1572 | $126.15 | $0.00 | 126.15 |
| << Totals >> | | | | 125,566.46 | 10,193.00 | 115,373.46 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-84572-MB
Case Name: ISHMAN, KENNETH
Trustee Name: BERNARD J. NATALE

**Balance on hand:**  $ 90,896.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16 | Lane County Tax Collector | 3,848.67 | 0.00 | 0.00 | 0.00 |
| 18 | Lane County Tax Collector | 3,848.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 90,896.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,823.32 | 0.00 | 9,823.32 |
| Trustee, Expenses - BERNARD J. NATALE | 44.16 | 0.00 | 44.16 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 9,906.25 | 0.00 | 9,906.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 706.21 | 0.00 | 706.21 |
| Accountant for Trustee, Fees - WIPFLI LLP | 2,065.00 | 2,065.00 | 0.00 |
| Other Expenses: Department of Treasury | 1,668.00 | 1,668.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 240.00 | 240.00 | 0.00 |
| Other Expenses: Oregon Department of Revenue | 6,050.00 | 6,050.00 | 0.00 |
| Other Expenses: Safeco Insurance | 170.00 | 170.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 20,479.94
Remaining balance:  $ 70,417.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 70,417.05

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 70,417.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,893.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 12,971.53 | 0.00 | 9,625.70 |
| 2 | Atlas Acquisitions LLC (General Electric Capit) | 1,645.02 | 0.00 | 1,220.71 |
| 3 | Atlas Acquisitions LLC (General Electric Capit) | 578.03 | 0.00 | 428.94 |
| 4 | Atlas Acquisitions LLC (General Electric Capit) | 1,456.30 | 0.00 | 1,080.67 |
| 5 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) | 1,044.12 | 0.00 | 774.80 |
| 6 | Atlas Acquisitions LLC (World Financial Networ) | 8,324.67 | 0.00 | 6,177.44 |
| 7 | Atlas Acquisitions LLC (General Electric Capit) | 3,712.54 | 0.00 | 2,754.94 |
| 8 | Atlas Acquisitions LLC (General Electric Capit) | 569.84 | 0.00 | 422.86 |
| 9 | Atlas Acquisitions LLC (Citibank (South Dakota) | 7,695.62 | 0.00 | 5,710.64 |
| 10 | North Shore Bank | 14,294.12 | 0.00 | 10,607.15 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Capital One Bank (USA), N.A. | 3,943.62 | 0.00 | 2,926.42 |
| 12 | Portfolio Investments II LLC | 1,970.74 | 0.00 | 1,462.41 |
| 13 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 14 | American InfoSource LP as agent for | 290.55 | 0.00 | 215.61 |
| 15 | Asset Acceptance LLC | 4,025.86 | 0.00 | 2,987.45 |
| 17 | Velocity Investments LLC | 3,146.11 | 0.00 | 2,334.61 |
| 19 | PNC BANK | 10,148.19 | 0.00 | 7,530.60 |
| 20 | Cavalry SPV I, LLC | 18,950.51 | 0.00 | 14,062.49 |
| 21 | American InfoSource LP as agent for | 126.15 | 0.00 | 93.61 |

Total to be paid for timely general unsecured claims:   $   70,417.05
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**