## PROOF OF SERVICE OF NOTICE OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

### CASE NO: 12-84572

### CASE NAME: KENNETH ISHMAN AND SANDRA HANLON

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath deposes and states that she served the attached TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION by placing a true and correct copy of said in each envelope, as per attached:

SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 16th day of March, 2015.

/s/ Denise Bennett

16th day of March, 2015

/s/   Mary D Magnuson   _____
Notary Public

My commission expires February 21, 2016

Kenneth Ishman  
Sandra Hanlon-Ishman  
7705 Deep Springs Road  
Wonder Lake IL 60097

Armor Systems Corp  
1700 Kiefer Dr Suite 1  
Zion IL 60099

Centegra Hospital  
4201 Medical Center Dr  
McHenry IL 60050

Asset Acceptance LLC  
P O Box 1630  
Warren MI 48090

Centegra Hospital NIMC  
P O Box 1447  
Woodstock IL 60098

William A Hellyer  
444 N IL Route 31 Suite 100  
Crystal Lake IL 60012

Associated Recovery Systems  
P O Box 469046  
Escondido CA 92046

Chase Card Services  
P O Box 15153  
Wilmington DE 19886

Bank of America  
P O Box 941633  
Simi Valley CA 93094

Citibank  
P O Box 6034  
Sioux Falls SD 57117

Aams LLC  
4800 Mills Civic Pkwy Street  
West Des Moines IA 50265

Bank of America NA  
2108 N Church Street  
Greensboro NC 27405

Credit Control  
5757 Phantom Dr Suite 330  
Hazelwood MO 63042

Account Recovery Service  
5183 Harlem Road  
Loves Park IL 61111

Bank of New York Mellon  
5730 Katella Avenue  
Cypress CA 90630

Creditors Collections B  
755 Almar Parkway  
Bourbonnais IL 60914

Blatt Hasenmiller Leibsker & Moore  
125 S Wacker Drive Suite 400  
Chicago IL 60606

Dennis Brightwell MD  
P O Box 112  
Woodstock IL 60098

Allied Interstate  
P O Box 26190  
Minneapolis MN 55426

Business Revenue Systems Inc  
P O Box 13077  
Des Moines IA 50310

EOS CCA  
700 Longwater Dr  
Norwell MA 02061

American Collections  
919 Estes Ct  
Schaumburg IL 60193

Capital One Bank USA NA  
P O Box 85520  
Richmond VA 23285

Exxonmobile/Citibank CBNA  
P O Box 6497  
Sioux Falls SD  57117

Armor Systems Co  
1700 Kiefer Drive Suite 1  
Zion IL 60099

Cavalry SPV I, LLC  
P O Box 27288  
Tempe AZ 85282

Freedman Anselmo Lindberg & Rappe  
P O Box 3107  
Naperville IL 60566

Harris & Harris  
222 Merchandise Mart Plaza  
Suite 1900  
Chicago IL 60654

Midland Funding LLC  
8875 Aero Drive  
San Diego CA 92123

Pierce & Associates  
1 North Dearborn Suite 1300  
Chicago IL 60602

J C Christensen & Associates
P O Box 519
Sauk Rapids MN 56379

Midwest Lakes Medical Center
690 E Terra Cotta Avenue Suite D
Crystal Lake IL 60014

Pinnacle Credit Services
7900 Highway 7 #100
St Louis Park MN 55426


Key Financial Services
4781 Hayes Road
Madison WI 53704

National City Card Services
1 Financial Parkway
Kalamazoo MI 49009

Pinnacle Financial Group
7825 Washington Ave
Minneapolis MN 55439


Kimberly J Weissman
633 Skokie Blvd Suite 400
Northbrook IL 60062

NCA
P O Box 550
Hutchinson KS 67504

PNC Bank
P O Box 4090
Kalamazoo MI 49003


Kohls Department Store
P O Box 2983
Milwaukee WI 53201-2983

NCO Financial Services
P O Box 17205
Wilmington DE 19850-7205

Portfolio Recovery
120 Corporate Blvd Suite 1
Norfolk VA 23502


Lane County Tax Collector
125 East 8th Avenue
Eugene OR 97401-2968

North Shore Bank
15700 W Bluemound Road
Brookfield WI 53005

Principle Property Management
4710 Village Plaza Loop Suite 130
Euguene OR 97401


Northland Group Inc
P O Box 290846
Minneapolis MN 53237

Professional Consultations Inc
745 S Eighth St
West Dundee IL 60118

LUNV Funding
P O Box 740281
Houston TX 77274


OAC
P O Box 371100
Milwaukee WI 53237

Receivables Performance
Management LLC
20816 44th Avenue W
Lynnwood WA 98036

PennCredit
P O Box 1259
Department 91042
Oaks PA 19456


Rockford Mercantile Agency
2502 S Alpine Road
Rockford IL 61108

Medical Recovery Specialists Inc
2250 E Devon Avenue Suite 352
Des Plaines IL 60018

PFG of Minnesota
7825 Washington Avenue Suite 310
Minneapolis MN 55439


Shell/Citibank CBNA
P O Box 6497
Sioux Falls SD 67117

Shindler Law Firm
1990 E Algonquin Road Suite 180
Schaumburg IL 60173

Target National Bank
P O Box 673
Minneapolis MN 55440


Verizon Wireless Great Lakes
National Recovery
Minneapolis MN 55426

Vicki Spears
7218 McCullom Lake Road
Wonder Lake IL 60097

Vion Receivable Investments
400 Interstate N Pkwy St
Atlanta GA 30339

Virtuoso Sourcing Group
3033 S Parker Road Suite 1000
Aurora CO 80014

West Asset Management
2703 N Highway 75
Sherman TX 75090

Zenith Acquisition Corporation
55 Beattie Pl Suite 110
Greenville SC 29601-5115

U S Trustee
780 Regent Street
Suite 304
Madison WI 53715