# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ISHMAN, KENNETH § Case No. 12-84572
HANLON, SANDRA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/13/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/16/2015          By: /s/BERNARD J. NATALE
                                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ISHMAN, KENNETH § Case No. 12-84572
HANLON, SANDRA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 131,497.25 |
| *and approved disbursements of* | $ 40,600.26 |
| *leaving a balance on hand of* [1] | $ 90,896.99 |
| **Balance on hand:** | **$ 90,896.99** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 16 | Lane County Tax Collector | 3,848.67 | 0.00 | 0.00 | 0.00 |
| 18 | Lane County Tax Collector | 3,848.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 90,896.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 9,823.32 | 0.00 | 9,823.32 |
| Trustee, Expenses - BERNARD J. NATALE | 44.16 | 0.00 | 44.16 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 9,906.25 | 0.00 | 9,906.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 706.21 | 0.00 | 706.21 |
| Accountant for Trustee, Fees - WIPFLI LLP | 2,065.00 | 2,065.00 | 0.00 |
| Other Expenses: Department of Treasury | 1,668.00 | 1,668.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 240.00 | 240.00 | 0.00 |
| Other Expenses: Oregon Department of Revenue | 6,050.00 | 6,050.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: Safeco Insurance | 170.00 | 170.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 20,479.94
Remaining balance: $ 70,417.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 70,417.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 70,417.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,893.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 12,971.53 | 0.00 | 9,625.70 |
| 2 | Atlas Acquisitions LLC (General Electric Capit) | 1,645.02 | 0.00 | 1,220.71 |
| 3 | Atlas Acquisitions LLC (General Electric Capit) | 578.03 | 0.00 | 428.94 |
| 4 | Atlas Acquisitions LLC (General Electric Capit) | 1,456.30 | 0.00 | 1,080.67 |
| 5 | Atlas Acquisitions LLC (Wells Fargo Bank, | 1,044.12 | 0.00 | 774.80 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| | N.A.) | | | |
| 6 | Atlas Acquisitions LLC (World Financial Networ) | 8,324.67 | 0.00 | 6,177.44 |
| 7 | Atlas Acquisitions LLC (General Electric Capit) | 3,712.54 | 0.00 | 2,754.94 |
| 8 | Atlas Acquisitions LLC (General Electric Capit) | 569.84 | 0.00 | 422.86 |
| 9 | Atlas Acquisitions LLC (Citibank (South Dakota) | 7,695.62 | 0.00 | 5,710.64 |
| 10 | North Shore Bank | 14,294.12 | 0.00 | 10,607.15 |
| 11 | Capital One Bank (USA), N.A. | 3,943.62 | 0.00 | 2,926.42 |
| 12 | Portfolio Investments II LLC | 1,970.74 | 0.00 | 1,462.41 |
| 13 | American InfoSource LP as agent for | 0.00 | 0.00 | 0.00 |
| 14 | American InfoSource LP as agent for | 290.55 | 0.00 | 215.61 |
| 15 | Asset Acceptance LLC | 4,025.86 | 0.00 | 2,987.45 |
| 17 | Velocity Investments LLC | 3,146.11 | 0.00 | 2,334.61 |
| 19 | PNC BANK | 10,148.19 | 0.00 | 7,530.60 |
| 20 | Cavalry SPV I, LLC | 18,950.51 | 0.00 | 14,062.49 |
| 21 | American InfoSource LP as agent for | 126.15 | 0.00 | 93.61 |

Total to be paid for timely general unsecured claims: $ 70,417.05
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 12-84572-TML
Kenneth Ishman                                                Chapter 7
Sandra Hanlon
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-3        User: lorsmith              Page 1 of 3               Date Rcvd: Mar 17, 2015
                            Form ID: pdf006             Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2015.
db/jdb        +Kenneth Ishman,    Sandra Hanlon,    7705 Deep Springs Rd.,    Wonder Lake, IL 60097-8559
19780266      +AlliedInterstate,    3000 Corporate Exchange Dr 5th Floor,    Columbus, OH 43231-7723
19780267      +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
21077616      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
20905861      +Asset Acceptance LLC assignee GEMB/STEINHAFELS,    PO Box 2036,    Warren, MI 48090-2036
19780271      +Associated Recovery Systems,    PO Box 469046,   Escondido, CA 92046-9046
20736843      +Atlas Acquisitions LLC (Citibank (South Dakota),    294 Union St.,    Hackensack, NJ 07601-4303
20736840      +Atlas Acquisitions LLC (General Electric Capit),    294 Union St.,    Hackensack, NJ 07601-4303
20736841      +Atlas Acquisitions LLC (Wells Fargo Bank, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
20736842      +Atlas Acquisitions LLC (World Financial Networ),    294 Union St.,    Hackensack, NJ 07601-4303
19780272      +Bank Of America,    PO Box 941633,    Simi Valley, CA 93094-1633
19780273       Bank Of America, N.a.,    PO Box 15168,   Wilmington, DE 19850
19780274     #+Bank Of New York Mellon,    5730 Katella Ave,    Cypress, CA 90630-5005
19780275      +Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr. Suite 400,    Chicago, IL 60606-4440
19780276      +Business Revenue Systems Inc,    PO Box 13077,   Des Moines, IA 50310-0077
19780277     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa Na,     Po Box 85520,    Richmond, VA  23285)
20827210       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
19780279      +Centegra Hospital,    4201 Medical Center Dr,   McHenry, IL 60050-8409
19780280      +Centegra Hospital NIMC,    PO Box 1447,    Woodstock, IL 60098-1447
19780281      +Chase Card Service,    PO Box 15153,    Wilmington, DE 19886-5153
19780282      +Citi Ctb,   Po Box 22066,    Tempe, AZ 85285-2066
19780283      +Credit Control,    5757 Phantom Dr Suite 330,    Hazelwood, MO 63042-2429
19780286      +EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
19780287      +Exxnmobil/citibank Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19780288      +Freedman Anselmo Lindberg & Rappe,    PO Box 3107,    Naperville, IL 60566-7107
19780260      +Hanlon Sandra,    7705 Deep Springs Rd,    Wonder Lake, IL 60097-8559
19780289      +Harris & Harris,    222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
19780259      +Ishman Kenneth,    7705 Deep Springs Rd,    Wonder Lake, IL 60097-8559
19780290      +JC Christensen & Assoc,    PO Box 519,   Sauk Rapids, MN 56379-0519
19780292      +Kimberly J. Weissman,    633 Skokie Blvd Suite 400,    Northbrook, IL 60062-2826
19780294       Lane County Tax Collector,    125 East 8th Ave,    Eugene, OR  97401-2968
19780300      +Midwest Lakes Medical Center,    690 E Terra Cotta Ave Suite D,    Crystal Lake, IL 60014-3605
19780301      +National City Card Servi,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
19780302      +Nca,   P.o. Box 550,    Hutchinson, KS 67504-0550
19780304      +North Shore Bank,    15700 W Bluemound Rd,    Brookfield, WI 53005-6073
19780305      +Northland Group Inc,    PO Box 390846,   Minneapolis, MN 55439-0846
19780306     #+Oac,   Po Box 371100,    Milwaukee, WI 53237-2200
19780308      +PFG Of Minnesota,    7825 Washington Ave S Suite 310,    Minneapolis, MN 55439-2424
21048796      +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
19780312      +PNC Bank,   PO Box 4090,    Kalamazoo, MI 49003-4090
19780307      +PennCredit,    PO Box 1259 Department 91042,    Oaks, PA 19456-1259
19780309      +Pierce & Assoc,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4373
19780310      +Pinnacle Credit Services,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
19780311      +Pinnacle Financial Group,    7825 Washington Av,    Minneapolis, MN 55439-2430
19780313      +Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
19780314      +Principle Property Management,    4710 Village Plaza Loop Suite 130,    Eugene, OR 97401-6678
19780315       Professional Consultations Inc,    745 S Eigth St,    West Dundee, IL  60118
19780316      +Receivables Performance Management LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
19780317      +Rockford Merchantile Agy,    2502 S Alpine Rd,    Rockford, IL 61108-7813
19780318      +Shell/citibank Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19780319      +Shindler Law Firm,    1990 East Algonquin Rd. Suite 180,    Schaumburg, IL 60173-4164
19780320      +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
21001524      +Velocity Investments LLC,    JD Receivables LLC,    P.O. Box 382656,    Germantown, TN 38183-2656
19780321       Verizon Wireless Great L,    National Recovery,    Minneapolis, MN  55426
19780322      +Vicki Spears,    7218 McCullom Lake Rd,    Wonder Lake, IL 60097-9517
19780325      +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567
19780261      +William,   A Hellyer Ltd,    444 N IL Route 31 Suite 100,    Crystal Lake, IL 60012-3730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19780262      +E-mail/Text: KM@ARCONCEPTSINC.COM Mar 18 2015 01:34:52     A R Concepts Inc.,    2320 Dean St,
               Saint Charles, IL 60175-1068
19780263      +E-mail/Text: jpietig@aamsonline.com Mar 18 2015 01:32:38     Aams Llc,
               4800 Mills Civic Pkwy St,    West Des Moines, IA 50265-5265
19780264      +E-mail/Text: ars5183harlem@aol.com Mar 18 2015 01:32:54     Account Recovery Service,
               5183 Harlem Rd Ste,   Loves Park, IL 61111-3448
20892513       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2015 01:42:28
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
20724621       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2015 01:51:41
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                    Date Rcvd: Mar 17, 2015
                              Form ID: pdf006             Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19780268       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 18 2015 01:34:48      Armor Systems Co,
                 1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
19780270       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 18 2015 01:32:35      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
19833982       +E-mail/Text: bnc@atlasacq.com Mar 18 2015 01:31:20      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
19780278       +E-mail/Text: bankruptcy@cavps.com Mar 18 2015 01:33:32      Cavalry Portfolio Servic,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
21059005       +E-mail/Text: bankruptcy@cavps.com Mar 18 2015 01:33:32      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
19780284       +E-mail/Text: clerical.department@yahoo.com Mar 18 2015 01:31:14      Creditors Collection B,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2393
19780291       +E-mail/Text: bankruptcy@keyfinancial.us Mar 18 2015 01:32:10      Key Financial Services L,
                 4781 Hayes Rd,    Madison, WI 53704-7343
19780293       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 18 2015 01:31:33      Kohls Department Store,
                 N56 W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
19780295       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2015 01:43:09      Lvnv Funding Llc,
                 P.o. Box 10584,    Greenville, SC 29603-0584
19780296       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2015 01:43:10      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
19780297       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 18 2015 01:32:42      MCM,   Department 12421,
                 PO Box 603,    Oaks, PA 19456-0603
19780298       +Fax: 847-227-2151 Mar 18 2015 09:31:25      Medical Recovery Specialists Inc,
                 2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4519
19780299       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 18 2015 01:32:42      Midland Funding Llc,
                 8875 Aero Dr,    San Diego, CA 92123-2255
19780303       +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 18 2015 01:33:13      Nco Financial Systems,
                 Pob 4935,    Trenton, NJ 08650-4935
20730898        E-mail/PDF: rmscedi@recoverycorp.com Mar 18 2015 01:43:08      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
20856979        E-mail/PDF: rmscedi@recoverycorp.com Mar 18 2015 01:43:08      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19780323       +E-mail/Text: khallman@vioninv.com Mar 18 2015 01:32:52      Vion Recievable Investme,
                 400 Interstate N Pkwy St,    Atlanta, GA 30339-5017
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19780269*      +Armor Systems Corp,    1700 Kiefer Dr Suite 1,    Zion, IL 60099-5105
19780265      ##+Albert Law Firm,    205 W Randolph Suite 920,    Chicago, IL 60606-1814
19780285      ##+Dennis Brightwell MD,    PO Box 112,   Woodstock, IL 60098-0112
19780324      ##+Virtuoso Sourcing Group,    3033 S Parker Rd. Suite 1000,    Aurora, CO 80014-2919
19780326      ##+Zenith Acquisition Corpo,    170 Northpointe Pa,    Amherst, NY 14228-1992
                                                                                              TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2015                                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Mar 17, 2015
                              Form ID: pdf006             Total Noticed: 79
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2015 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Accountant Neal  Richardson natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale     natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              William A Hellyer    on behalf of Debtor Kenneth  Ishman william.hellyer@williamhellyer.com
              William A Hellyer    on behalf of Joint Debtor Sandra  Hanlon william.hellyer@williamhellyer.com
                                                                                             TOTAL: 7
```