# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: ISHMAN, KENNETH | § | Case No. 12-84572-MB |
| HANLON, SANDRA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,133.00<br>*(without deducting any secured claims)* | Assets Exempt: $34,133.00 |
| Total Distribution to Claimants:$70,417.05 | Claims Discharged<br>Without Payment: $386,458.11 |
| Total Expenses of Administration:$61,080.20 | |

3) Total gross receipts of $ 131,497.25   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $  0.00   (see **Exhibit 2**), yielded net receipts of $131,497.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,973.32 | $7,697.34 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,080.20 | 61,080.20 | 61,080.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 402,022.82 | 95,948.06 | 94,893.52 | 70,417.05 |
| **TOTAL DISBURSEMENTS** | $408,996.14 | $164,725.60 | $155,973.72 | $131,497.25 |

4)  This case was originally filed under Chapter 7 on December 06, 2012. The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _06/15/2015_____     By:_ /s/BERNARD J. NATALE_____
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1933 W 17th #A Eugene, | 1110-000 | 68,270.00 |
| 1933 W 17th #B Eugene, | 1110-000 | 60,575.00 |
| Distribution from Rent | 1222-000 | 2,021.35 |
| Turnover of Funds (rents) | 1222-000 | 600.00 |
| Refund on Insurance | 1290-002 | 30.90 |
| **TOTAL GROSS RECEIPTS** | | **$131,497.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Lane County Tax Collector | 4110-000 | 3,486.66 | 3,848.67 | 0.00 | 0.00 |
| 18 | Lane County Tax Collector | 4110-000 | 3,486.66 | 3,848.67 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,973.32** | **$7,697.34** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Safeco Insurance | 2420-750 | N/A | 170.00 | 170.00 | 170.00 |
| WIPFLI LLP | 3410-000 | N/A | 2,065.00 | 2,065.00 | 2,065.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 9,906.25 | 9,906.25 | 9,906.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 9,823.32 | 9,823.32 | 9,823.32 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 706.21 | 706.21 | 706.21 |
| BERNARD J. NATALE | 2200-000 | N/A | 44.16 | 44.16 | 44.16 |
| Oregon Department of Revenue | 2820-000 | N/A | 6,050.00 | 6,050.00 | 6,050.00 |
| Department of Treasury | 2810-000 | N/A | 1,668.00 | 1,668.00 | 1,668.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 240.00 | 240.00 | 240.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| First American Title Company of Oregon | 2500-000 | N/A | 495.00 | 495.00 | 495.00 |
| First American Title Company of Oregon | 2820-000 | N/A | 6,157.03 | 6,157.03 | 6,157.03 |
| First American Title Company of Oregon | 2500-000 | N/A | 240.33 | 240.33 | 240.33 |
| First American Title Company of Oregon | 3510-000 | N/A | 1,240.00 | 1,240.00 | 1,240.00 |
| First American Title Company of Oregon | 3610-000 | N/A | 4,898.00 | 4,898.00 | 4,898.00 |
| First American Title Company of Oregon | 2500-000 | N/A | 762.00 | 762.00 | 762.00 |
| First American Title Company of Oregon | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| First American Title Company of Oregon | 3620-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| First American Title Company of Oregon | 2820-000 | N/A | 6,154.03 | 6,154.03 | 6,154.03 |
| First American Title Company of Oregon | 3610-000 | N/A | 5,445.00 | 5,445.00 | 5,445.00 |
| First American Title Company of Oregon | 2500-000 | N/A | 738.00 | 738.00 | 738.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| First American Title Company of Oregon | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| First American Title Company of Oregon | 3620-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Rabobank, N.A. | 2600-000 | N/A | 53.95 | 53.95 | 53.95 |
| Rabobank, N.A. | 2600-000 | N/A | 149.60 | 149.60 | 149.60 |
| Rabobank, N.A. | 2600-000 | N/A | 130.72 | 130.72 | 130.72 |
| Rabobank, N.A. | 2600-000 | N/A | 164.59 | 164.59 | 164.59 |
| Rabobank, N.A. | 2600-000 | N/A | 145.13 | 145.13 | 145.13 |
| Rabobank, N.A. | 2600-000 | N/A | 133.88 | 133.88 | 133.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $61,080.20 | $61,080.20 | $61,080.20 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 12,971.53 | 12,971.53 | 9,625.70 |
| 2 | Atlas Acquisitions LLC (General Electric Capit) | 7100-000 | 1,152.00 | 1,645.02 | 1,645.02 | 1,220.71 |
| 3 | Atlas Acquisitions LLC (General Electric Capit) | 7100-000 | 1,066.00 | 578.03 | 578.03 | 428.94 |
| 4 | Atlas Acquisitions LLC (General Electric Capit) | 7100-000 | N/A | 1,456.30 | 1,456.30 | 1,080.67 |
| 5 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) | 7100-000 | 1,012.00 | 1,044.12 | 1,044.12 | 774.80 |
| 6 | Atlas Acquisitions LLC (World Financial Networ) | 7100-000 | N/A | 8,324.67 | 8,324.67 | 6,177.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Atlas Acquisitions LLC (General Electric Capit) | 7100-000 | N/A | 3,712.54 | 3,712.54 | 2,754.94 |
| 8 | Atlas Acquisitions LLC (General Electric Capit) | 7100-000 | N/A | 569.84 | 569.84 | 422.86 |
| 9 | Atlas Acquisitions LLC (Citibank (South Dakota) | 7100-000 | 10,681.18 | 7,695.62 | 7,695.62 | 5,710.64 |
| 10 | North Shore Bank | 7100-000 | N/A | 14,294.12 | 14,294.12 | 10,607.15 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | 3,943.00 | 3,943.62 | 3,943.62 | 2,926.42 |
| 12 | Portfolio Investments II LLC | 7100-000 | 1,970.00 | 1,970.74 | 1,970.74 | 1,462.41 |
| 13 | American InfoSource LP as agent for | 7100-000 | N/A | 1,054.54 | 0.00 | 0.00 |
| 14 | American InfoSource LP as agent for | 7100-000 | N/A | 290.55 | 290.55 | 215.61 |
| 15 | Asset Acceptance LLC | 7100-000 | 3,776.00 | 4,025.86 | 4,025.86 | 2,987.45 |
| 17 | Velocity Investments LLC | 7100-000 | N/A | 3,146.11 | 3,146.11 | 2,334.61 |
| 19 | PNC BANK | 7100-000 | N/A | 10,148.19 | 10,148.19 | 7,530.60 |
| 20 | Cavalry SPV I, LLC | 7100-000 | 16,441.00 | 18,950.51 | 18,950.51 | 14,062.49 |
| 21 | American InfoSource LP as agent for | 7100-000 | N/A | 126.15 | 126.15 | 93.61 |
| NOTFILED | Midwest Lakes Medical Center | 7100-000 | 12.04 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding Llc | 7100-000 | 1,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding Llc | 7100-000 | 25,883.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergen | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Bank | 7100-000 | 18,938.52 | N/A | N/A | 0.00 |
| NOTFILED | Kimberly J. Weissman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nca | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding Llc | 7100-000 | 2,883.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Card Servi | 7100-000 | 10,148.00 | N/A | N/A | 0.00 |
| NOTFILED | MCM | 7100-000 | 25,690.28 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding Llc | 7100-000 | 1,591.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 7,458.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 777.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls Department Store | 7100-000 | 1,171.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 2,054.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Financial Services L | 7100-000 | 293.00 | N/A | N/A | 0.00 |
| NOTFILED | MCM | 7100-000 | 1,555.67 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc | 7100-000 | 3,512.62 | N/A | N/A | 0.00 |
| NOTFILED | MCM | 7100-000 | 1,003.61 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Medical Recovery Specialists Inc | 7100-000 | 133.72 | N/A | N/A | 0.00 |
|----------|----------------------------------|----------|--------|-----|-----|------|
| NOTFILED | MCM | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc | 7100-000 | 445.01 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Group | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Credit Services | 7100-000 | 2,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recvry And Affil | 7100-000 | 4,871.00 | N/A | N/A | 0.00 |
| NOTFILED | PFG Of Minnesota | 7100-000 | 106.80 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recvry And Affil | 7100-000 | 3,480.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Performance Management LLC | 7100-000 | 430.32 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Merchantile Agy | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Consultations Inc | 7100-000 | 63.93 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 9,076.00 | N/A | N/A | 0.00 |
| NOTFILED | Principle Property Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Great L National Recovery | 7100-000 | 1,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Oac | 7100-000 | 576.00 | N/A | N/A | 0.00 |
| NOTFILED | PennCredit | 7100-000 | 144.71 | N/A | N/A | 0.00 |
| NOTFILED | Shell/citibank Cbna | 7100-000 | 2,534.00 | N/A | N/A | 0.00 |
| NOTFILED | Zenith Acquisition Corpo | 7100-000 | 997.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc | 7100-000 | 2,151.01 | N/A | N/A | 0.00 |
| NOTFILED | JC Christensen & Assoc | 7100-000 | 1,240.36 | N/A | N/A | 0.00 |
| NOTFILED | Virtuoso Sourcing Group | 7100-000 | 1,268.58 | N/A | N/A | 0.00 |
| NOTFILED | Vion Recievable Investme | 7100-000 | 1,990.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group Inc | 7100-000 | 1,989.71 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A R Concepts Inc. | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | A R Concepts Inc. | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Recovery Service | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Brightwell MD | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Shindler Law Firm | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital NIMC | 7100-000 | 154.17 | N/A | N/A | 0.00 |
| NOTFILED | Business Revenue Systems Inc | 7100-000 | 576.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control | 7100-000 | 518.51 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsker & Moore | 7100-000 | 2,055.83 | N/A | N/A | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg & Rappe | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/steinhafels | 7100-000 | 3,679.00 | N/A | N/A | 0.00 |
| NOTFILED | Franks Gerkin & McKenna | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of New York Mellon | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 34.89 | N/A | N/A | 0.00 |
| NOTFILED | Pierce & Assoc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 63.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | AlliedInterstate | 7100-000 | 2,143.35 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Corp | 7100-000 | 32.09 | N/A | N/A | 0.00 |
| NOTFILED | Albert Law Firm | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Llc | 7100-000 | 10,021.00 | N/A | N/A | 0.00 |
| NOTFILED | Pierce & Assoc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 7100-000 | 48,894.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 80,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 154.17 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 1,479.74 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $402,022.82 | $95,948.06 | $94,893.52 | $70,417.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-84572-MB | Trustee:    (330370)    BERNARD J. NATALE |
| Case Name: ISHMAN, KENNETH | Filed (f) or Converted (c): 12/06/12 (f) |
| HANLON, SANDRA | §341(a) Meeting Date: 01/10/13 |
| Period Ending: 06/15/15 | Claims Bar Date: 10/15/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1933 W 17th #A Eugene, | 30,000.00 | 0.00 | | 68,270.00 | FA |
| 2 | 1933 W 17th #B Eugene, | 30,000.00 | 30,000.00 | | 60,575.00 | FA |
| 3 | cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | checking accounts Home State Bank, Associated Ba | 583.00 | 0.00 | | 0.00 | FA |
| 5 | chairs, tables, TV, beds, dressers audio, video, | 500.00 | 0.00 | | 0.00 | FA |
| 6 | books, pictures stamp, coin, record, tape, disc, | 200.00 | 0.00 | | 0.00 | FA |
| 7 | jeans, pants, socks, shoes, jeans, blouses, skir | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Toyota Tundra 110,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 pop up Viking camper | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Distribution from Rent  (u) | Unknown | N/A | | 2,021.35 | FA |
| 11 | Turnover of Funds (rents)  (u)<br>   Order entered on 02/18/15 Approving Abandoned of<br>Remaining Balance. | Unknown | N/A | OA | 600.00 | FA |
| 12 | Refund on Insurance  (u) | 0.00 | Unknown | | 30.90 | FA |
| 12 | **Assets**    Totals (Excluding unknown values) | **$64,133.00** | **$30,000.00** | | **$131,497.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO SELL 2 CONDOS IN EUGENE, OR.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2014 | **Current Projected Date Of Final Report (TFR):** | March 4, 2015  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-84572-MB | |
| **Case Name:** | ISHMAN, KENNETH | |
| | HANLON, SANDRA | |
| **Taxpayer ID #:** | **-***0727 | |
| **Period Ending:** | 06/15/15 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ********66 - Checking Account |
| **Blanket Bond:** | $8,842,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/13 | {10} | Principle Property Management | November Distribution from Rents | 1222-000 | 145.00 | | 145.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 135.00 |
| 12/16/13 | {10} | Principle Property Management | Proceeds after Expenses from Dec 2013 | 1222-000 | 31.35 | | 166.35 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 156.35 |
| 01/13/14 | {10} | Principle Property Management | Pymt of January 2014 Share of Rent | 1222-000 | 135.00 | | 291.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 281.35 |
| 02/24/14 | {10} | Principle Property Management | Feb Rent Proceeds | 1222-000 | 145.00 | | 426.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 416.35 |
| 03/17/14 | {10} | Principle Property Management | Rent Proceeds for March 2014 | 1222-000 | 145.00 | | 561.35 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 551.35 |
| 04/15/14 | {10} | Principle Property Management | Distribution from Rents for April 2014 | 1222-000 | 145.00 | | 696.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 686.35 |
| 05/13/14 | {10} | Principle Property Management | Proceeds from May 2014 Rents | 1222-000 | 145.00 | | 831.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 821.35 |
| 06/16/14 | {10} | Principle Property Management | Proceeds from Rent for June 2014 | 1222-000 | 145.00 | | 966.35 |
| 06/30/14 | 101 | INTERNATIONAL SURETIES, LTD | Ref # BOND #016061437 | 2300-000 | | 240.00 | 726.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 716.35 |
| 07/15/14 | {10} | Principle Property Management | July Rent Disbursements | 1222-000 | 145.00 | | 861.35 |
| 07/15/14 | 102 | Safeco Insurance | Ref # 7122-6064199 | 2420-750 | | 170.00 | 691.35 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 681.35 |
| 08/14/14 | {11} | Kenneth Ishman | Pymt on Turnover Order for Previously<br>Collected Rents | 1222-000 | 100.00 | | 781.35 |
| 08/18/14 | {10} | Principle Property Management | Pymt of Aug Rent Proceeds | 1222-000 | 145.00 | | 926.35 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 916.35 |
| 09/15/14 | {11} | Kenneth Ishman | Pymt on Turnover Order | 1222-000 | 100.00 | | 1,016.35 |
| 09/17/14 | {10} | Principle Property Management | Pymt of Sept Rents | 1222-000 | 145.00 | | 1,161.35 |
| 09/17/14 | {12} | Safeco Insurance | Refund on Insurance | 1290-002 | 30.90 | | 1,192.25 |
| 09/18/14 | | First American Title Company of<br>Oregon | RE: 1933 W 17th Avenue, Apartment A,<br>Eugene, OR  97402 | | 52,777.64 | | 53,969.89 |
| | {1} | First American Title Company of<br>Oregon | Pymt for Sale of Unit A          68,270.00 | 1110-000 | | | 53,969.89 |
| | | | Security Deposit                    -495.00 | 2500-000 | | | 53,969.89 |
| | | | Property Taxes                  -6,157.03 | 2820-000 | | | 53,969.89 |
| | | | Pro-Rated Rents                    -240.33 | 2500-000 | | | 53,969.89 |
| | | | Comm Paid to                     -1,240.00<br>Windermere Real Estate | 3510-000 | | | 53,969.89 |
| | | | Comm Paid to Stuart            -4,898.00 | 3610-000 | | | 53,969.89 |

| | | | | Subtotals : | $54,479.89 | $510.00 | |

{} Asset reference(s)                                                                                              Printed: 06/15/2015 12:13 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-84572-MB |
| **Case Name:** | ISHMAN, KENNETH |
| | HANLON, SANDRA |
| **Taxpayer ID #:** | **-***0727 |
| **Period Ending:** | 06/15/15 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ********66 - Checking Account |
| **Blanket Bond:** | $8,842,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Realty Group | | | | |
| | | | Service Fees                    -762.00 | 2500-000 | | | 53,969.89 |
| | | | Pro-Rated HOA Fees          -300.00 | 2500-000 | | | 53,969.89 |
| | | | Advertising Fees of          -1,400.00<br>Auctioneer | 3620-000 | | | 53,969.89 |
| 09/18/14 | | First American Title Company of<br>Oregon | RE: 1933 W 17th Avenue, Apartment B,<br>Eugene, OR  97402 | | 46,537.97 | | 100,507.86 |
| | {2} | First American Title Company of<br>Oregon | Pymt for Sale of Unit B        60,575.00 | 1110-000 | | | 100,507.86 |
| | | | County & Property Taxes    -6,154.03 | 2820-000 | | | 100,507.86 |
| | | | Comm Paid to Stuart          -5,445.00<br>Realty Group | 3610-000 | | | 100,507.86 |
| | | | Service Fees                    -738.00 | 2500-000 | | | 100,507.86 |
| | | | Pro-Rated HOA Fees          -300.00 | 2500-000 | | | 100,507.86 |
| | | | Pymt for Expense for          -1,400.00<br>Auctioneer | 3620-000 | | | 100,507.86 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.95 | 100,453.91 |
| 10/14/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | 1222-000 | 100.00 | | 100,553.91 |
| 10/20/14 | {10} | Principle Property Management | Proceeds from Rental Properties | 1222-000 | 300.00 | | 100,853.91 |
| 10/23/14 | {10} | Principle Property Management | Proceeds being held by Management<br>Company | 1222-000 | 250.00 | | 101,103.91 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.60 | 100,954.31 |
| 11/18/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | 1222-000 | 100.00 | | 101,054.31 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.72 | 100,923.59 |
| 12/15/14 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | 1222-000 | 100.00 | | 101,023.59 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.59 | 100,859.00 |
| 01/14/15 | {11} | Kenneth & Sandra Ishman | Pymt Re: Order to T/O funds~ | 1222-000 | 100.00 | | 100,959.00 |
| 01/28/15 | 103 | Department of Treasury | Ref # 30-6400727    2014 Taxes | 2810-000 | | 1,668.00 | 99,291.00 |
| 01/28/15 | 104 | Oregon Department of Revenue | Ref # 30-6400727 | 2820-000 | | 6,050.00 | 93,241.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.13 | 93,095.87 |
| 02/10/15 | 105 | WIPFLI LLP | Ref # INV 858479 | 3410-000 | | 2,065.00 | 91,030.87 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.88 | 90,896.99 |
| 04/13/15 | 106 | American InfoSource LP as agent<br>for | Distribution paid  74.20% on $12,971.53;<br>Claim#: 1; Filed: $12,971.53; Reference: 2015 | 7100-000 | | 9,625.70 | 81,271.29 |
| 04/13/15 | 107 | Atlas Acquisitions LLC (Wells Fargo<br>Bank, N.A.) | Distribution paid  74.20% on $1,044.12; Claim#<br>5; Filed: $1,044.12; Reference: 4849 | 7100-000 | | 774.80 | 80,496.49 |
| 04/13/15 | 108 | Atlas Acquisitions LLC (World | Distribution paid  74.20% on $8,324.67; Claim# | 7100-000 | | 6,177.44 | 74,319.05 |

| | | |
|---|---|---|
| Subtotals : | $47,487.97 | $27,138.81 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-84572-MB
**Case Name:** ISHMAN, KENNETH
HANLON, SANDRA
**Taxpayer ID #:** **-***0727
**Period Ending:** 06/15/15

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ********66 - Checking Account
**Blanket Bond:** $8,842,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Financial Networ) | 6; Filed: $8,324.67; Reference: 8614 | | | | |
| 04/13/15 | 109 | Atlas Acquisitions LLC (Citibank (South Dakota) | Distribution paid 74.20% on $7,695.62; Claim# 9; Filed: $7,695.62; Reference: 1429 | 7100-000 | | 5,710.64 | 68,608.41 |
| 04/13/15 | 110 | North Shore Bank | Distribution paid 74.20% on $14,294.12; Claim# 10; Filed: $14,294.12; Reference: 1467 | 7100-000 | | 10,607.15 | 58,001.26 |
| 04/13/15 | 111 | Capital One Bank (USA), N.A. | Distribution paid 74.20% on $3,943.62; Claim# 11; Filed: $3,943.62; Reference: 5014/0179 | 7100-000 | | 2,926.42 | 55,074.84 |
| 04/13/15 | 112 | Portfolio Investments II LLC | Distribution paid 74.20% on $1,970.74; Claim# 12; Filed: $1,970.74; Reference: 5283/CITIBANK | 7100-000 | | 1,462.41 | 53,612.43 |
| 04/13/15 | 113 | American InfoSource LP as agent for | Distribution paid 74.20% on $290.55; Claim# 14; Filed: $290.55; Reference: 0001 | 7100-000 | | 215.61 | 53,396.82 |
| 04/13/15 | 114 | Asset Acceptance LLC | Distribution paid 74.20% on $4,025.86; Claim# 15; Filed: $4,025.86; Reference: 7740 | 7100-000 | | 2,987.45 | 50,409.37 |
| 04/13/15 | 115 | Velocity Investments LLC | Distribution paid 74.20% on $3,146.11; Claim# 17; Filed: $3,146.11; Reference: 2968/HSBC CARD SERVICES | 7100-000 | | 2,334.61 | 48,074.76 |
| 04/13/15 | 116 | PNC BANK | Distribution paid 74.20% on $10,148.19; Claim# 19; Filed: $10,148.19; Reference: 4465 | 7100-000 | | 7,530.60 | 40,544.16 |
| 04/13/15 | 117 | Cavalry SPV I, LLC | Distribution paid 74.20% on $18,950.51; Claim# 20; Filed: $18,950.51; Reference: 3282/BOA/FIA CARD SERV | 7100-000 | | 14,062.49 | 26,481.67 |
| 04/13/15 | 118 | American InfoSource LP as agent for | Distribution paid 74.20% on $126.15; Claim# 21; Filed: $126.15; Reference: 1572 | 7100-000 | | 93.61 | 26,388.06 |
| 04/13/15 | 119 | BERNARD J. NATALE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 9,867.48 | 16,520.58 |
| | | | Dividend paid 100.00%      9,823.32 on $9,823.32;  Claim# TRTE; Filed: $9,823.32 | 2100-000 | | | 16,520.58 |
| | | | Dividend paid 100.00%      44.16 on $44.16;  Claim# EXPTRTE; Filed: $44.16 | 2200-000 | | | 16,520.58 |
| 04/13/15 | 120 | Atlas Acquisitions LLC (General Electric Capit) | Combined Check for Claims#2,3,4,7,8 | | | 5,908.12 | 10,612.46 |
| | | | Dividend paid 74.20%      1,220.71 on $1,645.02;  Claim# 2; Filed: $1,645.02; Reference: 7848 | 7100-000 | | | 10,612.46 |

| | | Subtotals : | $0.00 | $63,706.59 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 06/15/2015 12:13 PM    V.13.23

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-84572-MB |
| **Case Name:** | ISHMAN, KENNETH |
| | HANLON, SANDRA |
| **Taxpayer ID #:** | **-***0727 |
| **Period Ending:** | 06/15/15 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | *******66 - Checking Account |
| **Blanket Bond:** | $8,842,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 74.20%        428.94<br>on $578.03;  Claim# 3;<br>Filed: $578.03;<br>Reference: 0969 | 7100-000 | | | 10,612.46 |
| | | | Dividend paid 74.20%      1,080.67<br>on $1,456.30;  Claim# 4;<br>Filed: $1,456.30;<br>Reference: 3989 | 7100-000 | | | 10,612.46 |
| | | | Dividend paid 74.20%      2,754.94<br>on $3,712.54;  Claim# 7;<br>Filed: $3,712.54;<br>Reference: 5142 | 7100-000 | | | 10,612.46 |
| | | | Dividend paid 74.20%        422.86<br>on $569.84;  Claim# 8;<br>Filed: $569.84;<br>Reference: 8100 | 7100-000 | | | 10,612.46 |
| 04/13/15 | 121 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXPATTY | | | 10,612.46 | 0.00 |
| | | | Dividend paid 100.00%      9,906.25<br>on $9,906.25;  Claim#<br>ATTY; Filed: $9,906.25;<br>Reference: BJN & MB | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%        706.21<br>on $706.21;  Claim#<br>EXPATTY; Filed:<br>$706.21;  Reference:<br>EXP FOR<br>7/15/13-1/12/15 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 101,967.86 | 101,967.86 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 101,967.86 | 101,967.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$101,967.86** | **$101,967.86** | |

{} Asset reference(s)

Printed: 06/15/2015 12:13 PM    V.13.23

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-84572-MB |
| Case Name: | ISHMAN, KENNETH |
| | HANLON, SANDRA |
| Taxpayer ID #: | **-***0727 |
| Period Ending: | 06/15/15 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | Rabobank, N.A. |
| Account: | ********66 - Checking Account |
| Blanket Bond: | $8,842,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | 101,967.86 | **TOTAL - ALL ACCOUNTS** | | | | |
| Plus Gross Adjustments : | 29,529.39 | **Checking # ********66** | **101,967.86** | **101,967.86** | **0.00** |
| Less Other Noncompensable Items : | 30.90 | | | | |
| Net Estate : | $131,466.35 | | **$101,967.86** | **$101,967.86** | **$0.00** |